# EXHIBIT 1

| | |
|---|---|
| **From:** | Havensight Capital LLC <benjamin.woodhouse@gmail.com> |
| **Sent:** | Friday, September 24, 2021 7:02 PM |
| **To:** | Schwing, Austin |
| **Cc:** | Twomey, Sean S.; Linsley, Kristin A.; thom.mrozek@usdoj.gov; nsd.public@usdoj.gov; tracy.webb@usdoj.gov; USACAC.CV-CivilRights@usdoj.gov |
| **Subject:** | Re: Confidential. Conferral with Mr. Van Schwing. California Bar Orders to Settle. Felonious disclosures. Fraud suit. 2:21-cv-06372. |

**[WARNING: External Email]**

Mr. Van Schwing,

First, we have conferred, your email is set to off, and when I called the number that is listed on your website, it goes to Ms. Linsley, another conflicted Counsel in this matter, in addition to Mr. Twomey. Second, to disclose that we made a settlement offer to U.S. Department of Justice, who will be representing the U.S. Government in this matter, is default in itself, and I specifically stated on the offer that it was not to be disclosed under the *Federal Rules*. Now while, you feloniously entered settlement offers into the Nike matter, in addition to boasting about having relations with my friends wife, and while the Ninth Circuit, which is under review, is still working on returning private records and conflict checks to U.S. law, before the Quasi Government National Security Agencies make their respective arguments behind closed doors, you should not take as such, as license to commit felonies and make private attorney communications for independent conflicted Parties public.

Second, as it has been disclosed, we will make ourselves available for confidential resolutions with appointed Independent Counsels, all weekend, once the U.S. Attorney appears in this matter, it will be a criminal matter, and we will certainly ask that they provide the *California Bar Orders to Settle* for each conflicted Client, and the concealed Facebook *Memo* that Mr. Tung told us about, in addition to the felonious contacts, with the Court, our Bankers, and our Clients. We also will recover evidence of your dissemination of this Complaint to the U.S. Government after taking it off of our computer systems and before it was ever served, in secession to pleading the felonious takings of attorney emails across conflicted matters.

If you are unable to understand the seriousness of nine felonies, some of which are plead, some of which evidence is easily ascertained, and have created the first triple conflict in history, which apparently you are still perpetuating, then you need to seek Professional Counsel.

Best,
BW

On Fri, Sep 24, 2021 at 6:33 PM Schwing, Austin <ASchwing@gibsondunn.com> wrote:
> Mr. Woodhouse
>
> We tried to meet and confer with you. We are not settling this claim so we are done discussing the issue. Also, there will be a motion to declare you a vexatious litigant. By the way, please pay Nike the $89,000 you owe them in our legal fees from the last case or we will ask the Court to hold you in contempt of Court for violating its sanctions order and we will seek recovery. Have a nice weekend and see you at the hearing.
>
> PS, we do not represent Google in this matter.
>
> PPS, sorry to the DOJ that Mr. Woodhouse is sending you these harassing emails.
>
> **Austin Schwing**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street, San Francisco, CA 94105-0921

Tel +1 415.393.8210 • Fax +1 415.374.8458
ASchwing@gibsondunn.com • www.gibsondunn.com

**From:** Havensight Capital LLC <benjamin.woodhouse@gmail.com>
**Date:** September 24, 2021 at 4:49:07 PM PDT
**To:** "Linsley, Kristin A." <KLinsley@gibsondunn.com>
**Cc:** "Schwing, Austin" <ASchwing@gibsondunn.com>, "Twomey, Sean S." <STwomey@gibsondunn.com>, thom.mrozek@usdoj.gov, nsd.public@usdoj.gov, tracy.webb@usdoj.gov, USACAC.CV-CivilRights@usdoj.gov
**Subject: Re: Confidential. Conferral with Mr. Van Schwing. California Bar Orders to Settle. Felonious disclosures. Fraud suit. 2:21-cv-06372.**

[WARNING: External Email]

Ms. Linsley, and Mr. Van Schwing,

First, one of the reasons the law has conflict of interest, is to remove confusion.  You have failed to note your third conflicted Client, Alphabet Inc. which is a named Party.  When I called Mr. Van Schwing after his email, on the number listed on your site, it went to your voicemail, and now you are contacting.  We have no intention of not holding your conflicted Clients responsible for your felonies, unless we come to a confidential resolutions, with transfers of consideration.

Second, we have requested in writing, the California Bar Orders to Settle for each conflicted Client, and the concealed Memo that Mr. Tung told us about, in addition to disclosures around your improper contacts with the Court, felonious misrepresentation to the Court, felonious dissemination of this Fraud filing to the U.S. Government, after illegally taking it from our computer systems, in secession to pleading the felonious taking of attorney emails across matters, and the felonious entry into our email, to run down our Bankers and Customers, which cost us a listing.

Please provide the compliance items to us, and file the Notices of Independent Counsels for each of three conflicted Clients, as directed.  You failed to confer on the Bar Orders for over 12 months, it is nonsensical to think that we would, either, not hold you responsible for your felonies, or, allow private records and conflict checks to be removed from Appellate law, with our company's name.  This will be a criminal matter, and one for National Security, as three conflicted Clients, cannot end private records and conflict checks with duress, especially, when they have not served any documents, and argued a case that did not stand for their respective position.  This matter does not turn on the Blue Book violation that you committed in using See at the Appellate level, or, failure to serve any Appellate documents, it turns on plead felonies, the first triple conflict in history, and incessant illegal contact with Judicial Officials.

Best,
BW

On Sep 24, 2021, at 4:39 PM, Linsley, Kristin A. <KLinsley@gibsondunn.com> wrote:

Mr. Woodhouse,

We plan to move to dismiss your claims against Facebook, Nike, and Gibson Dunn on the ground that the does not state a claim upon which relief can be granted with respect to these parties. That was our purpose in reaching out to you. Will you consent to the dismissal of these claims with prejudice? Please advise, and let us know if it would be productive to discuss.

Best
Kristin Linsley

On Sep 24, 2021, at 1:45 PM, Havensight Capital LLC <benjamin.woodhouse@gmail.com> wrote:

[WARNING: External Email]

Mr. Van Schwing, and Ms. Linsley,

You were properly served as you have admitted that you are conflicted Counsel for all three Parties.  Ms. Linsley has already argued in front of the Court, and won that service on the attorney of a Company is proper, as she has never served any of Havensight's agents.  We suspect that the U.S. Attorney will direct you to appoint Independent Counsels for all the conflicted Parties, as we do not think the Ninth Circuit's tentative ruling to invalidate conflict checks and private records are consistent with, either, Nation Security protocols, or, even U.S. Attorney review for, either, capacity, or, duress.

Additionally, we require the *California Bar Orders to Settle*, and the concealed *Memo* that Mr. Tung told us about, for compliance to be effectuated.  We also need all disclosures around: improper contacts with the Courts at all levels, felonious misrepresentations to the Court, felonious dissemination of stolen legal files from our Computer to the U.S. Government, in secession to pleading the felonious taking of attorney emails, and felonious entry into our email, and the running down of our Bankers and Clients, which cost us a listing.  We can confer on these compliance items, with you and Ms. Linsley, as conflicted Clients, but they need to be provided, and Notices of Independent Counsels filed immediately.  Tell us when we can confer on this, and we will speak then.  I commend you for starting to respond to emails, and no longer switching it off, as this is now a criminal matter.

Best,
BW

On Fri, Sep 24, 2021 at 10:11 AM Schwing, Austin <ASchwing@gibsondunn.com> wrote:
> Mr, Woodhouse
>
> We will take your failure to respond as a refusal to meet and confer. Thank you.
>
> Austin Schwing.
>
>
> **Austin Schwing**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street, San Francisco, CA 94105-0921
> Tel +1 415.393.8210 • Fax +1 415.374.8458
> ASchwing@gibsondunn.com • www.gibsondunn.com
>
> On Sep 24, 2021, at 5:25 AM, Schwing, Austin <ASchwing@gibsondunn.com> wrote:
>
>
> Mr. Woodhouse,
>
>
> As you know we represent Facebook and Nike, which you have sued in your latest baseless lawsuit.  You have also brought a baseless lawsuit against Gibson Dunn & Crutcher.  We represent all three of those parties.  We see that you have filed a proof of service indicating that you have served Facebook, Nike, and Gibson Dunn.  That is incorrect, as none of the three were properly served -- you did not serve their registered or authorized agents for service.  Nevertheless, we would like to speak with you today.  When are you available to do so?  It will not take more than 5 minutes.
>
>
> Austin Schwing

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.