UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ,MR. BENJAMIN WOODHOUSE<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES GOVERNMENT ET AL.,<br><br>Defendants. | Case No. 2:21-cv-06372-SB<br><br>Plaintiff's *Second Request for Court Clerk's Entry of Default* of Alphabet Inc. and *Request for Judicial Notice* that Conflicted Defendants' Counsel is not a Member of the Central District of California's Bar. |
|---|---|

The Plaintiff, here, states via affidavit that Alphabet Inc. has not appeared to defend in this matter, that the amount is known, and that the default should be entered for the requested damages of U.S. $450,000,000. *F.R.C.P. 55*. *Plaintiff's Complaint. B. Woodhouse Affidavit*. The Defendant, here, was served on September 10th, and 13th,, of 2021, and *Proof of Services* have been filed with the Court. *Court Record*. The Defendant, Alphabet Inc. was also served again with the *First Request for Court Clerk's* entry, on October 4th, of 2021. *Id*. There is no *Notice of Appearance* and no

1

affirmative defense document filed on their behalf, in fact, conflicted Counsel for Facebook and Nike Inc. has improperly filed a *Notice of Interested Parties*, without a *Notice of Lodging*, which delineates that he does not represent Alphabet Inc. Moreover, the Plaintiff cannot contact Alphabet Inc. directly, until Judgment is entered, and Plaintiff's rights are impaired by further postponement of entry, which is directed by this *Plaintiff Affidavit,* via operation of law. *Id*. Further, this document will be served on Alphabet Inc. and a Proof of Service filed with the Court, this document is also electroncially served, here, via the E.C.F. system.

Finally, the Court, here, should take *Judicial Notice* that the Conflicted Defendant Counsels, here, Mr. Austin Van Schwing, is not a Member of Central District of California's Bar, thus, not only should all Defendant documents be struck, but the Clerk should consider, a failure to appear, in addition for the other two conflicted Defendants, Facebook Inc., and Nike Inc, and thus the Court can consider,instructing the Clerk to enter Default Judgments of $100,000,000 U.S. against each of these conflicted Clients in addtion. *F.R.C.P. 55*. *Plaintiff's Declaration of Mr. B. Woodhouse in conducted Attorney Bar Members Search for the Central District of California online.*

/s/Benjamin Woodhouse
Havensight Capital L.L.C.

2

2369 Kronprinsends Gade

Charlotte, VI. 00802

805 478 1958

Cal Bar #261361