1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 CENTRAL DISTRICT OF CALIFORNIA
8
9 MR. BENJAMIN WOODHOUSE,
10
11 Plaintiffs,
12 v.
13 THE UNITED STATES
14 GOVERNMENT ET AL.,
15
 Defendants.
16

Case No. 2:21-cv-06372-SB

Plaintiff's *Fifth Request* and *Affidavit for Court Clerk's Entry of Default Against Alphabet Inc. for Failure to Appear*

# FIFTH REQUEST AND AFFIDAVIT FOR COURT CLERK'S ENTRY OF DEFAULT OF ALPHABET INC.

The Plaintiff requests that the Court Clerk, here, enter default Judgment against Alphabet Inc. in the amount of U.S. $100,000,000 for failure to appear.  It is proper for the Court Clerk to enter Default Judgment, on a Plaintiff's affidavit, if a Party has not appeared, there is a proof of service on file, and damages are specified, via operation of law.  *F.R.C.P. 55*.  In this matter, the damages are specified, and the amount is entered above, the Plaintiff has made an affidavit, and there is a proof of service on file.  *Court Record*.

Moreover, the *Complaint*, and *Summons*, here, were served on Alphabet Inc's Attorneys, Mr. Kenneth Doran, and Ms. Kristin Linsley, both, in person, and via registered mail, on Sept. 10th, 2021, and Sept. 13th, 2021 . at Gibson Dunn Inc. at 333 S. Grand Ave. Los Angeles, CA. and 555 Mission St. #3000 San Francisco, CA.  *Amended Proofs of Service*. *Exhibit A*.  The Addresses can be found on an amended proof, and at the bottom of one of the proofs of service.  *Id*.  Service on an Attorney of record is sufficient to meet *F.R.C.P. 5* service requirements.  I can attest that it is known to me that Ms. Linsley is an attorney for Alphabet Inc. as she is on record in the 9th Circuit, as an attorney for Alphabet Inc., in a matter

involving my Company, and she has appeared for other conflicted Parties, here, but not for Alphabet Inc. in this matter, and that is confirmed in the *Court Record*, and by a filed *Notice of Interested Parties*.

We have in addition, also, served the Agent of process for Alphabet Inc. on two separate occasions for two separate numbered requests, at C.S.C. in Sacramento, which has an address of 2710 Gateway Oaks Drive, Suite 150, Sacramento, CA. 95833.  *Court Record Proofs of Services.*  As Plaintiff's Counsel, here, I attest that all is following and correct, that Alphabet Inc. has properly been served, and has failed to appear, the Clerk must enter the default, via operation of law, on this *Affidavit*, and the esteemed Court has the ability to make any Judicial decision, it deems is in the interest of justice, around the Court Clerk's entry, after such entry is effectuated.  Finally, this Request is electronically served on all Parties, and will be served again, in addition via a process server on Alphabet Inc's Agent of process at the address listed above.  All requirements for entry of Default have been met.

Respectfully submitted,

*/s/ Benjamin Woodhouse*
Benjamin Woodhouse esq.
2369 Kronprinsends Gade, Ste. #8

2                   *Request for Court Clerk's Entry*

Charlotte, VI. 00801
805 478 1958
California Bar #261361

*3*             *Request for Court Clerk's Entry*

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-06372-SB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gibson Dunn Inc., A California Corporation, Kenneth Doran was received by me on *(date)* 08-26-2021 .

☐ I personally served the summons on the individual at *(place)* 333 S. Grand Ave. Los Angeles, CA. 90071 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MARY LYNN McGEE , who is designated by law to accept service of process on behalf of *(name of organization)* Gibson Dunn Inc., A California Corporation, Kenneth Doran on *(date)* 09-10-2021 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ 185.00 for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09-10-2021

*Server's signature*

MANUEL JESUS GUERRA, P.S. # 106786
*Printed name and title*

5776 LINDERO CYN RD., SUITE D219
WESTLAKE VILLAGE, CA 91362

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Complaint, Standing Order, Notice of interested Parties, Civil Case Cover Sheet

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-06372-SB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Facebook, Nike, Alaphabet, Kristin Linsley, Austin Van Schwing was received by me on *(date)* 08-26-2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MAGGIE RAMIREZ , who is designated by law to accept service of process on behalf of *(name of organization)* Facebook Inc, Nike Inc, Alphabet Inc. on *(date)* 09-13-2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 185.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09-13-2021

*Server's signature*

MANUEL JESUS GUERRA, P.S. # 106786
*Printed name and title*

5776 LINDERO CYN RD., SUITE D219
WESTLAKE VILLAGE, CA 91362

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Complaint, Standing Order, Notice of interested Parties, Civil Case Cover Sheet

Copy of Case mailed 09-13-2021 to:  Kristin Linsley, Austin Van Schwing
555 Mission St., Suite 3000
San Francisco, Ca 94105