| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | CENTRAL DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MR. BENJAMIN WOODHOUSE,

Plaintiffs,

v.

THE UNITED STATES GOVERNMENT ET AL.,

Defendants.

Case No. 2:21-cv-06372-SB

Plaintiff's *Proof of Service* for *Fifth Request* and *Affidavit for Court Clerk's Entry of Default Against Alphabet Inc. for Failure to Appear*

## PROOF OF SERVICE

Attached, as *Exhibit A*, is a *Proof of Service* for Plaintiff's *Fifth Request for Court Clerk's Entry of Default Judgment Against Alphabet Inc*. for failure to appear. It was served on the agent of process for Alphabet Inc. All requirements for the affidavit have been met, and the Clerk must enter judgment, as directed by the Plaintiff's Counsel under *F.R.C.P. 55*. *Plaintiff's Fifth Request for Court Clerk Entry of Default against Alphabet Inc. for Failure to Appear.*

Respectfully submitted,

*/s/ Benjamin Woodhouse*
Benjamin Woodhouse esq.
2369 Kronprinsends Gade, Ste. #8
Charlotte, VI. 00801
805 478 1958
California Bar #261361

1                              *Proof of Service*

# EXHIBIT A

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 2:21-CV-06372-SB

Plaintiff:
**MR. BENJAMIN WOODHOUSE**

vs.

Defendant:
**THE UNITED STATES GOVERNMENT ET AL.**

For:
Benjamin Woodhouse
Havensight Capital L.L.C.
5030 Anchor Way
Christianstead, VI 00820

Received by AAA Attorney Services II, Inc. on the 12th day of October, 2021 at 9:24 am to be served on **ALPHABET INC., CSC LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DR., STE. 150N, SACRAMENTO, CA 95833**.

I, KRYSTALYN SOUZA, do hereby affirm that on the **13th day of October, 2021** at **2:11 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Plaintiff's Fifth Request and Affidavit for Court Clerk's Entry of Default Against Alphabet Inc. for Failure to Appear, Exhibit A** with the date and hour of service endorsed thereon by me, to: **NICOLE STAUAA** as **CUSTOMER SERVICE REP.** at the address of: **CSC LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DR., STE. 150N, SACRAMENTO, CA 95833**, who stated they are authorized to accept service for **ALPHABET INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
**KRYSTALYN SOUZA**
PS-047

AAA Attorney Services II, Inc.
P.O. Box 2309
Orange, CA 92859
(714) 633-4167

Our Job Serial Number: ACA-2021004539