AMY H. CANDIDO, State Bar No. 237829
Email: acandido@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

*Counsel for Defendant Alphabet Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WOODHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES GOVERNMENT, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-06372-SB<br><br>**ALPHABET INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>Date Action Filed: August 6, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1, Alphabet Inc. discloses the following:

1. Alphabet Inc. has no parent corporation, and no publicly held corporation owns 10% of more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Alphabet Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Alphabet, Inc., Holding Company of XXVI Holdings Inc.

Dated: October 14, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Amy H. Candido
      Amy H. Candido

*Counsel for Defendant Alphabet Inc.*