UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:21-cv-06372-SB | Date: | 11/12/2021 |

| | |
|---|---|
| Title: | *Benjamin Woodhouse v. The United States Government et al.* |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| V.R. Vallery for Victor Cruz | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Benjamin J. Woodhouse | Kristin A. Linsley |
| | Amy H. Candido |

**Proceedings:** **HEARING RE: DEFENDANTS' MOTION TO DISMISS**

    The parties appeared before the Court for a hearing on Defendants' motion to declare Plaintiff a vexatious litigant. Dkt. No. 46. Defendants also move the Court to hold Plaintiff in civil contempt and impose additional sanctions for Plaintiff's failure to pay sanctions ordered by other judges in this District in related matters involving Plaintiff's company, Havensight Capital LLC. *E.g., Havensight Cap., LLC v. Facebook, Inc.*, No. CV 17-6727 FMO (MR,Wx), 2018 WL 6340757 (C.D. Cal. Sept. 24, 2018) (Olguin, J.); *Havensight Cap. LLC v. Nike, Inc.*, No. CV 14-7153-R, 2015 WL 3544111 (C.D. Cal. Apr. 22, 2015) (Real, J.).

    At the hearing, Plaintiff represented that he does not have the ability to pay the outstanding sanctions. Given this representation, the Court will give the parties an opportunity to provide supplemental briefing limited to the issue whether it would be proper to hold Plaintiff in civil contempt for failure to pay the sanctions. To the extent that Defendants seek limited discovery on Plaintiff's ability to pay, they must provide legal authority describing the appropriate procedure. The supplemental briefs shall be filed **by no later than November 19, 2021** and shall

| CV-90 (12/02) | CIVIL MINUTES – GENERAL | Initials of Deputy Clerk VRV |
|---|---|---|

be no more than seven pages in length.  Any party that exceeds the scope of this Order may be sanctioned.  The portion of the transcript from today's hearing referring to specific financial information disclosed by Plaintiff is **SEALED**.

      Defendants are also **ORDERED** to provide the Court with electronic copies (in Word format) of all briefing on their motion to declare Plaintiff a vexatious litigant by **close of business today, November 12, 2021**.

      **IT IS SO ORDERED**.

00:31