1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MR. BENJAMIN WOODHOUSE,

　　　　　　　　　　Plaintiffs,

v.

THE UNITED STATES
GOVERNMENT ET AL.,

　　　　　　　　　　Defendants.

Case No. 2:21-cv-06372-SB

[PROPOSED] *ORDER* GRANTING PLAINTIFF'S *MOTION FOR RE-ASSIGNMENT, MOTION FOR A NEW TRIAL, REQUESTS FOR JUDICIAL NOTICE, MOTION FOR RULE 11 SANCTIONS AND OBSTRUCTION,* AND *MOTION FOR DEFAULT OF FACEBOOK INC., ALPHABET INC., GIBSON DUNN INC., and NIKE INC.*

　　　　The Court, here, grants the Plaintiff's *Motions* and *Requests*, and awards $6.9 Billion dollars in punitive and compensatory damages, respectively, against the Gibson Dunn Inc., Nike Inc., Facebook Inc., and Alphabet Inc. for multiple instances of plead felonious conduct, a triple conflict, and voluminous procedural violations. *18 U.S.C. Section 1621. Federal Rules of Evidence 408. In Re American Airlines v.,* 972 F.2d 605 (5th Cir. 1992). *Ho Sang Yim v. Barr*, No. 17-70624 (9th Cir. 2020). *Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1475 (9th Cir. 1992). *Anderson v. La Junta State*, 115 F.3d 756 (10th Cir. 1997). *Court Standing Order. Lopez v. First Union National Bank of Florida*, 129 F.3d 1186 (11th Cir. 1997).

*Model Rules of Attorney Conduct.*  Also, the Court grants sanctions and obstruction of justice against Conflicted Counsels for Nike Inc., Facebook Inc., and Gibson Dunn Inc. for failing to make intial dislcosures, and engaging in the referenced conduct above. *Id.*

Dated: _____

_____
**Stanley Blumenfeld, Jr.**
**United States District Judge**