# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:21-cv-06372-SB | Date: February 18, 2022 |

Title: *Benjamin Woodhouse v. The United States Government et al.*

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|
| Jennifer Graciano | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER

Pursuant to the Court's November 24, 2021 order declaring Plaintiff a vexatious litigant, Dkt. No. 61, IT IS HEREBY ORDERED that e-filing privileges for Plaintiff Benjamin Woodhouse, California Bar #261361 are revoked in their entirety.

**IT IS SO ORDERED**.

CC: Docketing Supervisor; Case Processing Supervisor; Civil Intake; Criminal Intake.

CV-90 (12/02)     CIVIL MINUTES – GENERAL     Initials of Deputy Clerk JGR

1